IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLISTER GEORGE, | 1:08-cv-00132-AWI-WMW (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |
|     vs. | TO FILE MOTION TO DISMISS |
| W.J. SULLIVAN, Warden, | (DOCUMENT #10) |
|     Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is hereby granted a 30-day extension of time to file and serve a Motion to Dismiss the Petition for Writ of Habeas Corpus.

IT IS SO ORDERED.

**Dated:   May 19, 2008**          /s/  **William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE