DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Seeking Appointment as
Attorney for Petitioner
HOLLISTER GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLISTER GEORGE,<br><br>    Petitioner,<br><br> v.<br><br>W.J. SULLIVAN,<br><br>    Respondent.<br>_____ | 1:08-CV-132 AWI MJS<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL; and ORDER**<br><br><br><br>Judge: Hon. Anthony W. Ishii |

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Rule 8(c), Rules Governing Section 2254 Cases, Petitioner, HOLLISTER GEORGE, and the Office of the Federal Defender hereby request that the Office of the Federal Defender be appointed counsel for Mr. George in that:

1. On June 16, 2010, this Court entered judgment in the above-entitled action in favor of Mr. George, who was proceeding pro se;

2. Respondent filed a notice of appeal;

3. On August 12, 2010, the Ninth Circuit Court of Appeals directed the Office of the Federal Defender to locate appointed counsel to represent Mr. George in the appeal, No. 10-16418, and Assistant Federal Defender David M. Porter was subsequently assigned the case;

4. It appears that the state has no legitimate interest in keeping Mr. George incarcerated following the July 7, 2010 hearing at which the Board of Parole Hearings set his term at 132 months, a term he has

satisfied in full, and Mr. George requires the assistance of counsel to pursue relief in this Court; and,

5. Respondent has the benefit of counsel.

Accordingly, on behalf of Mr. George, the Federal Defender's Office requests that the Court enter the order lodged herewith appointing the office to represent Mr. George in the above-entitled matter.

Dated:  August 30, 2010

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
Federal Defender

*/s/ David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Seeking Appointment as
Attorneys for Petitioner
HOLLISTER GEORGE

**O R D E R**

For the reasons set forth in the request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal Defender David M. Porter are appointed to represent Petitioner, Hollister George, in the above-entitled matter pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Rule 8(c), Rules Governing Section 2254 Cases.

IT IS SO ORDERED.

Dated:   August 31, 2010

CHIEF UNITED STATES DISTRICT JUDGE