DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
HOLLISTER GEORGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLISTER GEORGE, | DC No. 1: 08-cv-132 AWI MJS |
| Petitioner, | Eastern District of California, Fresno |
| v. | **ORDER SHORTENING TIME FOR HEARING ON PETITIONER'S MOTION FOR RELEASE** |
| W.J. SULLIVAN, Warden, | Date: Monday, September 13, 2010<br>Time: 1:30 p.m. |
| Respondent. | Judge: Anthony W. Ishii<br>Court: 2 |

Good cause having been shown, IT IS HEREBY ORDERED that Mr. George's Unopposed Request to Shorten Time on Mr. George's Motion for Immediate Release is hereby granted.

Respondent shall file any opposition to Mr. George's motion on or before September 7, 2010. Mr. George's reply, if any, shall be filed on or before September 9, 2010. A hearing is hereby scheduled on the motion for Monday, September 13, 2010, at 1:30 p.m. before District Court Judge Anthony W. Ishii, in Courtroom No. 2, of the United States District Court, 2500 Tulare Street, Fresno, California, 93721.

IT IS SO ORDERED.

Dated:   August 31, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE