UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLISTER GEORGE, | ) | 1:08-CV-132  AWI MJS (HC) |
| | ) | |
| Petitioner, | ) | ORDER DECLINING TO ISSUE WRIT AD |
| | ) | TESTIFICANDUM |
| v. | ) | |
| | ) | |
| | ) | |
| W.J. SULLIVAN, | ) | (Doc. No. 39) |
| | ) | |
| Respondent. | ) | |

Currently pending before this Court is a motion to release Petitioner from prison following the grant of Petitioner's application for habeas corpus.  Also pending is an application for the issuance of a writ ad testificandum.  The Court has reviewed the writ application.  The Court will decline to issue the writ at this time.  Issues for which Petitioner's testimony may be relevant may be discussed at the September 13, 2010, hearing.[1]  If the Court later determines that Petitioner's presence is necessary, the Court will issue the writ ad testificandum at that time and set a further expedited hearing.

Accordingly, IT IS HEREBY ORDERED that Petitioner's application for writ ad testificandum is DENIED at this time.

IT IS SO ORDERED.

Dated:     September 1, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court also notes that the state agreed to supervise the release of the petitioner in *Pirtle v. California Board of Prison Terms*, a case in the Sacramento Division of this District.  See Court's Docket Doc. No. 57 in case 2:04-cv-518 FCD KJM.