IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLISTER GEORGE, | ) | 1:08-CV-132 AWI MJS |
| Petitioner, | ) | **ORDER DIRECTING ACTING WARDEN KATHLEEN ALLISON TO TRANSPORT PRISONER HOLLISTER GEORGE TO THE FEDERAL COURTHOUSE IN FRESNO, CALIFORNIA IN FURTHERANCE OF THE PREVIOUSLY ISSUED 28 U.S.C. § 2254 WRIT OF HABES COURPUS AND FEDERAL RULE OF APPELATE PROCEDURE 23(c) ORDER OF RELEASE** |
| v. | ) | |
| W.J. SULLIVAN, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Judge: Honorable Anthony W. Ishii

TO: KATHLEEN ALLISON, Acting Warden of California Substance Abuse Treatment Facility and State Prison at Corcoran, Corcoran, California 93212.

YOU ARE COMMANDED to transport prisoner HOLLISTER GEORGE (E-79884) to the United States Marshall's Service located on the Third Floor at the United States District Courthouse at 2500 Tulare Street, Fresno, California, 93721, on Monday, September 20, 2010, at 10:00 a.m. so that he may be interviewed by a federal pretrial services officer, and thereafter to return the prisoner to the above-named institution, unless otherwise ordered by the Court.

FURTHER, you are ordered to notify the Court of any change in custody of the prisoner and to provide the new custodian with a copy of this order.

The Clerk of the Court is directed to serve a courtesy copy of this order on the Out-To-Court Desk, California Substance Abuse Treatment Facility and State Prison at Corcoran, P.O. Box 5248, Corcoran, CA 93212.

IT IS SO ORDERED.

Dated:   September 15, 2010

CHIEF UNITED STATES DISTRICT JUDGE