```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
    Telecopier:(916) 498-5710
 5
    Attorney for Petitioner
 6  HOLLISTER GEORGE
 7
```

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| HOLLISTER GEORGE, | ) | 1:08 CV 132 AWI MJS |
| | ) | |
|       *Petitioner*, | ) | **STIPULATION AND [PROPOSED] ORDER RE: CONDITIONS OF RELEASE** |
| v. | ) | |
| W.J. SULLIVAN, | ) | Honorable ANTHONY W. ISHII |
|       Respondent. | ) | |
| _____ | ) | |

     Petitioner, HOLLISTER GEORGE, filed a Petition for Writ of Habeas Corpus challenging the Board of Parole Hearings' 2007 decision finding him unsuitable for parole, which this Court granted. Respondent appealed. Mr. George subsequently moved, under Rule 23(c), Federal Rules of Appellate Procedure, for his immediate release pending the outcome of the appeal. On September 13, 2010, this Court granted the motion and ordered Mr. George released from prison within fifteen days. The Court set a hearing at 1:30 p.m. on Monday, September 27, 2010, to determine what conditions, if any, shall be imposed on Mr. George's release in the event the parties were unable to stipulate to conditions of release.

/ / /

1   The parties have agreed to the following conditions of release:
2   1.   You shall report to and comply with the rules and regulations of
3   the Pretrial Services Agency;
4   2.   You shall report in person to the Pretrial Services Agency on the
5   first working day following your release from custody;
6   3.   You are to reside at a location approved by the pretrial services
7   officer and not move or absent yourself from this residence for more
8   than 24 hours without the prior approval of the pretrial services
9   officer;
10  4.   Your travel is restricted to the district of residence which may
11  be in either the Eastern or Central Districts of California and you
12  shall not travel outside the district of residence, unless otherwise
13  approved in advance by the Pretrial Services Officer;
14  5.   You shall not possess a firearm/ammunition, destructive device, or
15  other dangerous weapon;
16  6.   You shall refrain from any use of alcohol or any narcotic drug or
17  other controlled substance without a prescription by a licensed medical
18  practitioner; and you shall notify Pretrial Services immediately of any
19  prescribed medication(s).  However, medical marijuana, prescribed or
20  not, may not be used;
21  7.   You shall submit to drug or alcohol testing as directed by the
22  pretrial services officer;
23  8.   You shall obtain no passport during the pendency of this case;
24  9.   You shall not associate or have any contact with known gang
25  members;
26  10.  You shall report any contact with law enforcement to your pretrial
27  services officer within 24 hours; and,
28  11.  You shall participate in the home confinement program at the

discretion of the Pretrial Services Officer and may be subject to either electronic monitoring (RF) or remote location monitoring (GPS). You shall abide by all the rules and requirements of the home confinement program as directed by Pretrial Services.

```
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED:   September 23, 2010              /s/ David M. Porter
                                        DAVID M. PORTER
                                        Assistant Federal Defender
                                        Attorney for Petitioner
                                        HOLLISTER GEORGE


                                        EDMUND G. BROWN, Jr.
                                        Attorney General

DATED:   September 23, 2010              /s/ Kasey E. Jones
                                        KASEY E. JONES
                                        Deputy Attorney General
                                        Attorney for Respondent
                                        W.J. SULLIVAN
```

**IT IS SO ORDERED.** Mr. George shall be released on September 28, 2010.

The hearing set for September 27, 2010 is VACATED.

IT IS SO ORDERED.

Dated:     September 24, 2010         _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order Re: Conditions of Release            3