1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8    HOLLISTER GEORGE,                        )    1:08-CV-132  AWI MJS (HC)
                                              )
9                          Petitioner,        )
                                              )    ORDER ON PETITIONER'S REQUEST FOR
10                                            )    CONTINUANCE AND ORDER VACATING
           v.                                 )    THE DECEMBER 9, 2010 HEARING DATE
11                                            )
                                              )
12   W.J. SULLIVAN,                           )
                                              )
13                         Respondent.        )
                                              )
14

15        Currently set for hearing and decision on December 6, 2010, is Respondent's Motion for

16   Stay.  The Court has previously denied a stay in this case, a decision which the Ninth Circuit

17   affirmed.  See Court's Docket Doc. Nos. 29, 33.  Respondent's pending motion is based on the

18   intervening Ninth Circuit authority of *Haggard v. Curry*, — F.3d — , 2010 U.S. App. LEXIS 21017

19   (9th Cir. October 12, 2010), which indicated that the remedy for a petitioner who has been denied a

20   parole date by the Board of Parole Hearings is a new hearing/parole suitability decision.

21        On November 29, 2010, Petitioner requested that the Court move the hearing to January 24,

22   2011.  Petitioner's request is timely.  See Local Rule 230(f).  Petitioner indicated that the additional

23   time is needed due to the holidays, counsel's schedule, and his need to obtain declarations from

24   individuals who are involved in supervising his release.  See Court's Docket Doc. No. 61.

25        Respondent opposes the motion and primarily argues that the declarations have little to no

26   relevance for determining whether to grant or deny the stay request.  See id. at Doc. No. 62.

27   Respondent also emphasizes *Haggard* and that the motion is time sensitive because of Petitioner's

28   status as a convicted murderer and the need to appeal a possible denial of the stay motion by this

1   Court.  See id.

2         After considering the request and opposition of the parties, the Court will move the hearing

3   on this matter.  As the briefing now stands, there is no opposition.  Petitioner's request for a

4   continuance is timely, and the nature of the pending motion is such that the Court prefers to issue its

5   ruling after receiving full briefing.  However, the Court agrees with Respondent that a seven week

6   continuance is excessive and not warranted.  Respondent's motion has been pending since October

7   29, 2010.

8

9         Accordingly, IT IS HEREBY ORDERED that:

10   1.   Petitioner's request for continuance of the December 6, 2010, hearing date is GRANTED;

11   2.   The December 6, 2010, hearing on Respondent's motion for a stay is VACATED;

12   3.   Hearing on Respondent's motion for a stay is RESET to December 20, 2010, at 1:30 p.m.;

13   4.   Petitioner shall file either an opposition or notice of non-opposition on or by December 8,

14        2010; and

15   5.   Respondent shall file a reply on or by 4:00 p.m. on December 14, 2010.

16

17   IT IS SO ORDERED.

18
     Dated:    November 30, 2010
19                                             CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California                                          2