# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOLLISTER GEORGE, | ) | 1:08-CV-132 AWI MJS (HC) |
| Petitioner, | ) | |
| v. | ) | ORDER TAKING MATTER UNDER SUBMISSION |
| W.J. SULLIVAN, | ) | |
| Respondent. | ) | |

Currently pending before the Court is Petitioner's renewed motion for stay. Hearing on the motion is scheduled for December 20, 2010. Pursuant to Local Rule 230(c), the court has reviewed the moving papers and has determined that the matter is suitable for decision without oral argument. Local Rule 230.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 20, 2010, is VACATED, and the parties shall not appear at that time. As of December 20, 2010, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   December 16, 2010

CHIEF UNITED STATES DISTRICT JUDGE