```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
    Telecopier:(916) 498-5710
 5
    Attorney for Petitioner
 6  HOLLISTER GEORGE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **HOLLISTER GEORGE,** | ) | 1:08 CV 132 AWI MJS |
| | ) | |
| Petitioner, | ) | **STIPULATION AND ORDER TO** |
| | ) | **TERMINATE SUPERVISION** |
| v. | ) | |
| | ) | |
| **W.J. SULLIVAN,** | ) | Honorable ANTHONY W. ISHII |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Pursuant to Local Rule 143, Petitioner, HOLLISTER GEORGE, by and through his attorney, Assistant Federal Defender David M. Porter, and Respondent, W.J. Sullivan, by and through his attorney, Deputy Attorney General Christopher J. Rench, hereby stipulate:

(1) whereas on September 24, 2011, this Court ordered Mr. George to be released under the supervision of the Federal Pretrial Services Agency upon stipulated conditions of release; and

(2) Mr. George, who is employed, is now being actively supervised by Officer Glenane of the Irvine office of the California Department of Corrections and Rehabilitation, Division of Adult Parole Operation and is subject to the conditions of parole imposed by the state parole authorities; accordingly,

1  (3) the parties agree and stipulate that the Court terminate Mr.
2 George's supervision by the Federal Pretrial Services Agency and remove
3 the conditions imposed so as to avoid a waste of resources that would
4 expended in maintaining "dual" supervision by both federal and state
5 authorities.
6 DATED:  January 25, 2011
7 Respectfully submitted,

8 KAMALA HARRIS                        DANIEL J. BRODERICK
  Attorney General                     Federal Defender
9

10  /s/ *Christopher J. Rench*          /s/ *David M. Porter*
   CHRISTOPHER J. RENCH                 DAVID M. PORTER
11 Deputy Attorney General              Assistant Federal Defender

12 Attorney for Respondent              Attorney for Petitioner
   W.J. SULLIVAN                        HOLLISTER GEORGE
13

14                              **ORDER**

15 IT IS SO ORDERED.

16
   Dated:     January 26, 2011         _____
17                                     CHIEF UNITED STATES DISTRICT JUDGE

2