UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOLLISTER GEORGE,**<br><br>　　　　　Petitioner<br><br>　　v.<br><br>**W.J. SULLIVAN,**<br><br>　　　　　Respondent | **CASE NO. 1:08-CV-132 AWI MJS (HC)**<br><br>**ORDER TO ADMINISTRATIVELY CLOSE CASE** |

　　　This action was brought by Petitioner under 28 U.S.C. § 2254.  Petitioner challenged the California Parole Board's decision to deny parole.  This Court held that "some evidence" did not support the Board's decision.  Respondent appealed.  After Respondent appealed, the United States Supreme Court decided *Swarthout v. Cooke*, 131 S. Ct. 859 (2011).  On appeal, the Ninth Circuit in a series of three opinions followed *Swarthout*, found that due process as described by *Swarthout* had been followed, and reversed and vacated this Court's prior orders.  See Doc. Nos. 76, 77, 78.  That is, the Ninth Circuit followed *Swarthout* and denied Petitioner relief.  Following the Ninth Circuit's first order, the Clerk administratively reopened this case on April 20, 2011.  The Ninth Circuit's mandate issued on November 18, 2011.  See Doc. No. 79.

　　　There have been no filings or activities of any kind in this case since November 2011.  However, the case remains administratively opened.  Given the Ninth Circuit's resolution of this matter, this case has concluded.  The Court will correct the docket for administrative purposes.

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk shall administratively CLOSE this case in light of the Ninth Circuit's disposition.  See Doc. Nos. 76, 77, 78, 79.

IT IS SO ORDERED.

Dated:　March 10, 2015　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE